IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS UNION LOCAL NO. 2236,<br><br>    Petitioner,<br><br>  v.<br><br>THE MCGUIRE FURNITURE COMPANY,<br><br>    Respondent.<br>_____ / | No. C 13-02877 WHA<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

Respondent filed a motion to dismiss (Dkt. No. 6). In response, petitioner filed an amended petition to compel arbitration (Dkt. No. 12). Accordingly, the motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: July 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE