United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS UNION LOCAL NO. 2236,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE MCGUIRE FURNITURE COMPANY,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　／ | No. C 13-02877 WHA<br><br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

　　　Respondent filed a motion to dismiss (Dkt. No. 6). In response, petitioner filed an amended petition to compel arbitration (Dkt. No. 12). Accordingly, the motion to dismiss is **DENIED AS MOOT**.

　　　**IT IS SO ORDERED.**

Dated: July 23, 2013.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE